## Donald C. Allensworth, Trustee, Plaintiff-Appellant, v. Lester Griffith, Defendant-Appellee.

### Gen. No. 10,672.

Donald C. Allensworth, *pro se*, appellant; no appearance
for appellee. *Per curiam.* Not to be published in full. Opinion filed
May 28, 1953; released for publication July 1, 1953.